**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
PHILLIP SULLIVAN, JR. on behalf of himself
and all others similarly situated,

                Plaintiffs,

- against -

PLANET FITNESS HOLDINGS, LLC,

                Defendant.
------------------------------------------------- x

Case No.: 1:18 cv 02736 (JPO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs.

Date: July 16, 2018

_____
C.K. Lee

**LEE LITIGATION GROUP, PLLC**
30 East 39th Street (2nd Floor)
New York, New York 10016
Tel: (212) 465-1188
E-mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

SO ORDERED:

_____

Hon. J. Paul Oetken

_____
Joshua A. Stein
Maxine A. Adams
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Date: July 17, 2018

_____
J. PAUL OETKEN
United States District Judge